. JONES *et al.* v. STATE.

No. 4420.  Opinion Filed May 11, 1915.

Rehearing Denied July 6, 1915.

(150 Pac. 151.)

*Error from District Court, Blaine County;*
*James R. Tolbert, Judge.*

Action between the State and David Jones and others. From the judgment, David Jones and others bring error. Reversed and remanded, with directions.

*Pruiett, Sniggs & Wilson,* for plaintiffs in error.

*A. L. Emery,* for defendant in error.

PER CURIAM. This is a companion case to that of *H. D. Nolen et al. v. State. of Oklahoma, ante,* 150 Pac. 149, the same questions of fact and law are involved, and, following the decision in that case, this case will be reversed and remanded, with instructions to the trial court to permit defendants to file an answer.

By the Court: It is so ordered.